(11 Misc. Rep. 619.)

HENRY HESS & CO. v. BAAR et al.

(City Court of New York, General Term.    March 19, 1895.)

PRINCIPAL AND AGENT—RATIFICATION.
　　Where goods are originally ordered by a tenant of defendants, and defendants afterwards directed their manager to take the money received on the sale of the goods, and pay plaintiff's bill, defendants thereby become the original debtors.

Appeal from trial term.

Action by Henry Hess & Co. against Frederick Baar and W. Edward Wehnke for goods sold and delivered.    There was a judgment in favor of complainants, and defendants appeal.    Affirmed.

Argued before VAN WYCK, P. J., and NEWBURGER, J.

Rabe & Keller, for appellants.

Louis W. Stotesbury, for respondent.

NEWBURGER, J.    This action was brought by plaintiff, a corporation, for goods sold and delivered.    The answer denies the sale and delivery of the goods.    On the trial it appeared that the goods were originally ordered by one Nugent, who was a tenant of the defendants.    The plaintiff proved that subsequently the defendants directed their manager to take the receipts from the sale of plaintiff's goods, and pay their bill. ' This was, however, denied by the defendants.    The trial justice in his charge to the jury instructed them that if they believed that the defendants instructed

their manager to take the receipts of the sale of plaintiff's goods, and pay their bill, that made the defendants the original debtors, and they must find for the plaintiff. To this portion of the charge an exception was taken. We think the trial justice correctly stated the law in his charge, and, as there is no other question raised by the appellants, the judgment appealed from must be affirmed, with costs.